

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lee Gonzalez, Appellant

No. 06-23-00224-CR        v.

The State of Texas, Appellee

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. CR20950). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Lee Gonzalez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 3, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk